Hand-Delivered

FILED
CHARLOTTE, NC

DEC 07 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

(Court Level and Jurisdiction)

Jane doe

3:23-cv-00667-FDW-DCK

Plaintiff

-vs-

Fard Sultan

Defendant



MY Answer

I, Fard Sultan, of Charlotte, in Mecklenburg, North Carolina, MAKE OATH AND SAY THAT:

1. Me and the plaintiff were dating for a few months.

2. I did not submit any photos or personal videos on a public platform.

3. I did not send any personal photos or videos to any third-party or business entity.

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

SUBSCRIBED AND SWORN TO BEFORE ME, on the __27__ day of __October__, __2023__

Signature
_____ (Seal)
NOTARY PUBLIC
My Commission expires:
_____

801 S. Main St
Mount Holly, NC, 28120
APT. 220

_____
(Signature)

Fard Sultan

©2002-2023 LawDepot.com®