# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-667-FDW-DCK

| | |
|---|---|
| JANE DOE, | )<br>) |
| Plaintiff, | )  **ORDER**<br>) |
| v. | )<br>) |
| FARD SULTAN, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Deadlines Pending Review Of The Parties' Motion For Entry Of Stipulated Permanent Injunction And Final Judgment" (Document No. 19) filed July 24, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion and extend certain deadlines – pending the Court's review of the parties' "Joint Motion For Entry Of Stipulated Permanent Injunction And Final Judgment" (Document No. 18).

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Deadlines Pending Review Of The Parties' Motion For Entry Of Stipulated Permanent Injunction And Final Judgment" (Document No. 19) is **GRANTED**. The parties' deadline to file a mediation report is extended to **August 20, 2024**; and the deadline to file dispositive motions is extended to **August 30, 2024**.

**SO ORDERED**.    Signed: July 25, 2024

_David C. Keesler_
United States Magistrate Judge