3:23-CV-00667  Hand-Delivered

FILED
CHARLOTTE, NC

AUG 1 6 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

I, Fard Sultar am certifying penalty of perjury that I have complied with the Courts order and have deleted and destroyed the video and all intimate images of Jane Doe and any copies thereof, such that these materials are no longer in my possession, custody, or control

8/16/2024