UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00667-FDW-DCK

| | |
|---|---|
| JANE DOE, | ) |
|      Plaintiff, | ) |
| v. | )    **ORDER** |
| FARD SULTAN, | ) |
|      Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Affidavit in Response to Permanent Injunction, (Doc. No. 23). Upon review of the Affidavit, the Court is satisfied that Defendant has complied with the terms of the Permanent Injunction, (Doc. No. 22).

**IT IS THEREFORE ORDERED** that the Clerk of Court is respectfully directed to CLOSE the case.

**IT IS SO ORDERED.**

Signed: August 29, 2024

Frank D. Whitney
United States District Judge